IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| *In re Subpoena Issued to Dave's Redistricting App* | § § § |
| REPRESENTATIVE JACEY JETTON and ADAM FOLTZ, | § § § § § |
| *Plaintiffs*, | § § § § § |
| v. | § § § |
| UNITED STATES OF AMERICA, *Defendant*. | § § § § |

Case No. 2:22-cv-1203JHC (W.D. Wash.)

Underlying Case: *LULAC v. Abbott*, No. 3:21-cv-259 (W.D. Tex.)

Order granting motion to substitute counsel

# ORDER

The matter comes before the Court on Jack DiSorbo's unopposed motion to substitute counsel for Mr. William T. Thompson. The motion is GRANTED. Mr. DiSorbo is WITHDRAWN from his representation of Movants in this matter, and Mr. Thompson may appear in the above-captioned matter for all purposes associated with the subpoena *duces tecum* issued by the United States to Dave's Redistricting App. Mr. Thompson shall review and comply with the local rules of this district, including its CM/ECF protocols.

Dated this 30th day of August, 2022.

*[signature]*
John H. Chun
United States District Judge