**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION**

| | |
|---|---|
| *In re Subpoena Issued to Dave's Redistricting App* | ) ) |
| | ) No. 2:22-cv-01203 |
| **REPRESENTATIVE JACEY JETTON and ADAM FOLTZ,** | ) Underlying case: *League of United Latin American Citizens v. Abbott* ) No. 3:21-cv-0259 (W.D. Tex.) |
| Movants, | ) ) |
| v. | ) ) NOTE ON MOT. CALENDAR: |
| UNITED STATES OF AMERICA, | ) August 26, 2022 ) |
| Respondent. | ) ) |

**UNITED STATES' NOTICE RELATED TO
TRIAL OF UNDERLYING LITIGATION**

The United States hereby notifies this Court that trial in the litigation underlying this matter, which was scheduled to begin on September 28, 2022, has been postponed. *See* Order, *League of United Latin Am. Citizens (LULAC) v. Abbott*, No. 3:21-cv-0259, ECF No. 569 (Aug. 30, 2022); *see also* U.S. Resp. 2 (noting trial date as background in responding to Motion to Quash). A new trial date has not yet been set. The United States will file an additional notice with this Court regarding the new trial schedule, when set.

| | | |
|---|---|---|
| 1 | Dated: August 30, 2022 | JOHNATHAN SMITH |
| | | Acting Principal Deputy Assistant Attorney General |
| 2 | | Civil Rights Division |
| 3 | | REBECCA B. BOND |
| | | Acting Deputy Assistant Attorney General |
| 4 | | Civil Rights Division |
| 5 | | */s/ L. Brady Bender* |
| | | T. CHRISTIAN HERREN, JR. |
| 6 | | TIMOTHY F. MELLETT |
| | | DANIEL J. FREEMAN |
| 7 | | L. BRADY BENDER |
| | | Attorneys, Voting Section |
| 8 | | Civil Rights Division |
| | | U.S. Department of Justice |
| 9 | | 950 Pennsylvania Avenue NW |
| | | Washington, D.C. 20530 |
| 10 | | (800) 253-3931 |
| | | laura.bender@usdoj.gov |
| 11 | | |
| | | *Counsel for Respondent the United States* |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2022, I electronically filed the foregoing under seal with the Clerk of the Court using the CM/ECF system, which will serve a copy of this document upon all counsel of record.

Dated: August 30, 2022

/s/ L. Brady Bender
L. Brady Bender
Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530
(800) 253-3931
laura.bender@usdoj.gov